IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

JOSEPH KOURY,

        Plaintiff,

v.

XCELLENCE, INC., d/b/a XACT,

        Defendant.

---------------------------------------- x

No. _____

STATEMENT PURSUANT
TO FEDERAL RULE OF
CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Xcellence, Inc., d/b/a Xact, identify the following parent corporation and any publicly held corporation that owns 10% or more of defendant's stock: None.

New York, New York
June 13, 2008

                                           EPSTEIN BECKER & GREEN, P.C.

                                           By: _____
                                                 Michael A. Kalish
                                                 250 Park Avenue
                                                 New York, New York 10177-1211
                                                 Tel. No.: (212) 351-4500
                                                 Attorneys for Defendant

NY:2676235v1