SCHEINDLIN, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JOSEPH KOURY,

              Plaintiff,

       v.

XCELLENCE, INC., d/b/a XACT,

              Defendant.
------------------------------------x

08 CIV 5409 (SAS)

**STIPULATION OF EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant's time to answer or otherwise respond to the Complaint in this matter shall be extended through and including July 2, 2008.

Dated: New York, New York
       June 20, 2008

BAKER BOTTS L.L.P.

By: _____
   Seth T. Taube (ST 6088)
   Maureen P. Reid (MR 2326)
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500
*Attorneys for Plaintiff*

EPSTEIN, BECKER & GREEN, P.C.

By: _____
   Michael Kalish
250 Park Avenue
New York, NY 10177-1211
(212) 351-3738
*Attorneys for Defendant*

SO ORDERED:

_____
USDJ
Shira A. Scheindlin, USDJ
     Date: June 23, 2008