UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
JOSEPH KOURY,

           Plaintff,

    v.

XCELLENCE, INC., d/b/a XACT,

           Defendant.
-------------------------------------- x

Index No: 08-CV-5409(SAS)

**ECF CASE**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

    Joe A. Cruz, being duly sworn, says:

    I am not a party to this action, am over 18 years old and reside in Bronx County, New York. On July 2, 2008, I served a true copy of the attached **DEFENDANT'S NOTICE OF MOTION TO DISMISS, DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS** and **AFFIDAVIT OF MICHAEL A. KALISH IN SUPPORT OF MOTION TO DISMISS** by personally serving same upon counsel indicated below:

    Seth T. Taube, Esq.
    Baker Botts LLP
    30 Rockefeller Plaza
    New York, New York 10112-4498

                                                      _____
                                                      Joe A. Cruz- Lic#-860267

Sworn to before this
3rd day of July, 2008

_____
Notary Public

LORI A. JONES
Notary Public, State of New York
No.01JO5074840
Qualified in Kings County
Commission Expires March 24, 2011

NY:2718217v2