UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KOURY,<br><br>            Plaintiff,<br><br>v.<br><br>XCELLENCE, INC. d/b/a XACT,<br><br>            Defendant. | CIVIL ACTION<br><br>Civil Action No. 08 cv 5409 (SAS)<br><br>ECF CASE<br><br><br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that Maureen P. Reid, an associate at the firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enters an appearance as counsel in the above-captioned action on behalf of Plaintiff Joseph Koury and requests that she be served with all future filings.

Dated:    New York, New York
            July 10, 2008

                                 Respectfully submitted,

                                 BAKER BOTTS L.L.P.

                                 By:/s/ Maureen P. Reid
                                     Maureen P. Reid (MR 2326)
                                     30 Rockefeller Plaza
                                     New York, New York 10112
                                     Telephone: (212) 408-2521
                                     Facsimile:  (212) 259-2521
                                     *maureen.reid@bakerbotts.com*

                                     *Attorneys for Plaintiff Joseph Koury*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of July 2008, a copy of the foregoing NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Maureen P. Reid
        Maureen P. Reid (MR 2326)