

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KOURY,<br><br>   Plaintiff,<br><br>   v.<br><br>XCELLENCE, INC. d/b/a XACT,<br><br>   Defendant. | CIVIL ACTION<br><br>Civil Action No. 08 cv 5409 (SAS)<br><br>**ORDER** |

THIS MATTER having been presented to the Court by Baker Botts L.L.P., counsel for Plaintiff Joseph Koury, for an order setting forth certain deadlines, and counsel for Defendant Xcellence, Inc. d/b/a Xact having indicated that they consent, and it appearing that:

1. Defendant sent Plaintiff a pre-motion letter on July 1, 2008, and filed a Motion to Dismiss the Complaint on July 2, 2008, and thus, Plaintiff's opposition is due July 17, 2008;

2. Plaintiff will be filing an Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) as Defendant has not yet filed a responsive pleading in this matter; and

3. The parties have consented to certain filing deadlines.

IT IS on this __17__ day of __July__, 2008 hereby

ORDERED that:

1. Plaintiff shall file his Amended Complaint no later than August 13, 2008;

2. Once the Amended Complaint is filed, Defendant's Motion to Dismiss filed on July 2, 2008, shall become moot; and

3. Defendant shall answer or otherwise respond to the Amended Complaint no later than September 10, 2008; and it is

NY01:206728.1

FURTHER ORDERED that a copy of this Order shall be served on all counsel of record within five (5) days of receipt, unless electronically served by the Court.

_____
THE HONORABLE SHIRA A. SCHEINDLIN, U.S.D.J.