UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
JOSEPH KOURY,                                 :
                                              :
              Plaintiff,          :        ORDER
                                              :
  - against -                                :        08 Civ. 5409 (SAS)
                                              :
XCELLENCE, INC., *et al.*,                    :
                                              :
              Defendants.         :
------------------------------------------------------ X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      On July 2, 2008, defendant Xcellence Inc. moved to dismiss the Complaint. On August 12, 2008, plaintiff filed an Amended Complaint. Defendant's motion is therefore moot. Pursuant to this Court's Order dated July 17, 2008, defendant must respond to the Amended Complaint no later than September 10, 2008. The Clerk of the Court is directed to close this motion (document no. 4 on the docket sheet).

                                          SO ORDERED:

                                          Shira A. Scheindlin
                                          U.S.D.J.

Dated:     New York, New York
             August 15, 2008

– **Appearances** –

**For Plaintiff:**

Seth T. Taube, Esq.
Maureen Patricia Reid, Esq.
Baker Botts LLP
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
(212) 408-2655

**For Defendants:**

Michael A. Kalish, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500

Jacy J. Hurst Moneymaker, Esq.
Sean W. Colligan, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 842-8600