UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
JOSEPH KOURY,                                           :
                                                        :
                            Plaintiff,                  :
                                                        :          **ORDER**
            - against -                                 :
                                                        :          08 Civ. 5409 (SAS)
XCELLENCE, INC., d/b/a/ XACT,                           :
ROBERT POLUS, and BARBARA                               :
AMOS,                                                   :
                            Defendants.                 :
------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      All discovery must be completed by April 30, 2009.  A final pre-trial conference is scheduled for May 12, 2009 at 4.30 P.M.  There will be no adjournments.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           March 19, 2009

1

## - Appearances -

**For Plaintiff:**

Seth T. Taube, Esq.
Maureen P. Reid, Esq.
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500

**For Defendants**:

Michael A. Kalish, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211
(212) 351-3738